# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR09-3018 |
| Plaintiff, | |
| vs. | ORDER FOR DETENTION |
| MICHAEL ARTHUR RASMUSSEN, | |
| Defendant. | |

On the 8th day of December 2014, this matter came on for hearing on the First Supplemental and Substituted Petition to Revoke Supervision (docket number 317) filed by the Government on December 8, 2014. The Government was represented by Assistant United States Attorney Dan Chatham. The Defendant appeared personally and was represented by his attorney, David E. Mullin. For the reasons stated by the Court on the record at the time of hearing, the Court concludes that the request for detention should be granted.

## ORDER

IT IS THEREFORE ORDERED that the request for detention made at the initial appearance on revocation proceedings is hereby **GRANTED**. The Defendant shall be detained and in the custody of the United States Marshal pending a final revocation of supervised release hearing scheduled for December 29, 2014 before Chief Judge Linda R. Reade.

DATED this 8th day of December, 2014.

JON STUART SCOLES
CHIEF MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA